THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Adrian Johnson, Appellant.
 
 
 

Appeal From Orangeburg County
 John  L.  Breeden, Circuit Court Judge

Unpublished Opinion No.  2005-UP-385
Submitted June 1, 2005  Filed June 14, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Pachak, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia and Robert Douglas Robbins, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Adrian Johnson appeals his guilty plea to first-degree burglary, first-degree criminal sexual conduct, armed robbery, and three counts of kidnapping. Johnson argues the trial judge erred in accepting his plea because the court failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Johnsons appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, STILWELL and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.